FILED
CLERK, U.S. DISTRICT COURT
JAN 3 0 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>KARLA M. RUIZ<br><br>DEFENDANT(S). | CASE NUMBER<br><br>15-MJ-0137<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a ~~detention~~ hearing is set for _February 3_, _2015_, at _3:00_ ☐ a.m. / ☒ p.m. before the Honorable _Jean P. Rosenbluth_, in Courtroom _827-A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _1/30/15_

_____
U.S. ~~District Judge~~/Magistrate Judge